UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR117-047 |
| | ) | |
| OCTAVIA HALL | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**A. Brooke Jennings,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT A. Brooke Jennings** be granted leave of absence for the following periods: **April 30, 2018; May 30, 2018 through May 31, 2018; June 4, 2018 through June 8, 2018; and June 18, 2018 through June 25, 2018; and September 6, 2018 through September 7, 2018.**

This 27ᵗʰ day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA